### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. UNITED PRESBYTERIAN CHURCH OF SHAWNEE, INC. an Oklahoma Not for Profit Corporation Church,<br><br>      Plaintiff,<br><br>v.<br><br>1. CHURCH MUTUAL INSURANCE COMPANY, a foreign for-profit Insurance Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:CIV-17-524-R<br>)<br>)<br>)<br>)<br>)<br>) |

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, United Presbyterian Church of Shawnee, Inc., hereby dismisses the above entitled action with prejudice to the refiling thereof.

                                      By   s/ Michael D. McGrew
                                      Michael D. McGrew, OBA #013167
                                      McGrew, McGrew & Associates
                                      400 N. Walker, Suite 115
                                      Oklahoma City, OK 73102
                                      Telephone: (405) 235-9909
                                      Facsimile: (405) 235-9929
                                      mcgrewslaw@yahoo.com
                                      **COUNSEL FOR PLAINTIFF**